

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2022

No. 04-22-00213-CV

Sylvia G. **VALDEZ**, Individually and as Administrator of the Estate of Josefina Leonor Trevino
Gonzalez,
Appellant

v.

Nancy **CISNEROS**, Individually and as Director of Nursing, Luis Manuel Mauricio,
Individually and as Director of Nursing, and Touchstone Communities,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2022-CV-B-000430D3
Honorable Sandee Bryan Marion, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due
September 14, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 15th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court